IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEAN C. MARCHESE,                      :

    Plaintiff,                         :

v.                                     :   Civil Action No. GLR-12-1480

JPMORGAN CHASE BANK, N.A.,             :

    Defendant.                         :

### ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby ORDERED that Chase's Motion to Dismiss (ECF No. 11) is GRANTED as to Count I, GRANTED as to the Foreclosure Action referenced in Counts II and III, but DENIED with respect to the loan modification and reinstatement referenced in Counts II and III.  Additionally, Chase's request for declaratory judgment is DENIED, but Count IV is dismissed *sua sponte* for lack of standing.  Finally, Mr. Marchese's Motion to Remand (ECF No. 13) is DENIED, and Chase's Motion for Leave to File a Surreply (ECF No. 24) is DENIED.

SO ORDERED this 8th day of January, 2013

                                           /s/
                               _____
                               George L. Russell, III
                               United States District Judge